IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL ACTION NO. |
| | : | 1:14-CR-0303-AT |
| v. | : | |
| | : | |
| EUSEBIO GARCIA-CABRERA. | : | |

## **ORDER**

Presently before the Court is the Magistrate Judge's Report and Recommendation ("R&R") recommending that this Court dismiss Defendant Eusebio Garcia-Cabrera's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 as untimely [Doc. 67]. A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 680 (1980). The Court notes that no objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none.

Petitioner contends that his untimely motion to vacate his sentence should be equitably tolled because of his inability to understand the English language and inability to obtain timely access to legal resources due to language and

resource barriers. In addition to his own limited English skills, he points out that he is housed exclusively with other deportable aliens who similarly have limited knowledge of post-conviction remedy procedures and language skills. In effect, Petitioner contends that he had neither access to traditional "jail house" lawyers, staff, or other resources (that would require translation) to assist him in evaluating his legal position or to guide him through the appellate or habeas process. While the Court is sympathetic to the Petitioner's argument, the Magistrate Judge correctly summarizes the binding legal precedent in the Eleventh Circuit that precludes this Court from finding that Petitioner's argument and assertions warrant equitable tolling in this case. See also, *U.S. v. Montano,* 398 F.3d 1276, 1280 (11th Cir. 2005) (rejecting a petitioner's claim that the filing requirement should be equitably tolled due to his difficulties with the English language and that his language difficulties prevented him from timely appealing his conviction or identifying the basis of such an appeal).

Accordingly, the Court receives the Magistrate Judge's Report and Recommendation with approval and hereby **ADOPTS** the Report and Recommendation as the opinion of this Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **GRANTS** the Government's motion to dismiss Defendant's § 2255 motion [Doc. 61] and **DISMISSES** Defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 as untimely [Doc. 56]. Defendant is denied a certificate of appealability.

**IT IS SO ORDERED** this 13th day of March, 2018.

_____
**Amy Totenberg
United States District Judge**